# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| KATELIN CRUZ, on behalf of herself and all other persons similarly situated, known and unknown, | )<br>)<br>)<br>) |
| Plaintiff, | ) No. 3:25-cv-03399-SEM-DJQ |
| v. | )<br>) |
| FIREFLIES.AI CORP., | )<br>) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby dismisses, without prejudice, all of her claims against Defendant in the above-captioned lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 10, 2026

Respectfully submitted,

*/s/ Douglas M. Werman*

Douglas M. Werman
John J. Frawley
**WERMAN SALAS P.C.**
dwerman@flsalaw.com
jfrawley@flsalaw.com
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Phone No.: (312) 419-1008